IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JBRF, LLC, JOSHUA FELKER, § <br> & LONESTAR HANDGUNS, LLC § <br>    *Plaintiffs*, § <br> v. § <br> § <br> OLD REPUBLIC NATIONAL § <br> TITLE INSURANCE COMPANY, § <br>    *Defendant.* § | Case No. 5:17-cv-815-OLG |

## STIPULATION OF DISMISSAL

The parties to this action hereby stipulate through their designated counsel that the above–captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**PLAINTIFFS**:
 JBRF, LLC
 By: */s/ Joshua Felker*
 Joshua Felker, President
 LoneStar Handgun, LLC
 By */s/ Joshua Felker*
 Joshua Felker, President
 Joshua Felker
  */s/ Joshua Felker*
 Joshua Felker, Individually
Date: June 30, 2023

**DEFENDANT**:
 **Old Republic National Title**
 **Insurance Company**
 By: *Martha King*
 Martha King
 VP/Southwest Regional
 Claims Counsel
 Date: June 28, 2023

  */s/ Ruth G. Malinas*
Ruth G. Malinas
State Bar No. 08399350
MIMARI ANDERSON CILFONE & WATKINS, PLLC
1100 N.E. Loop 410, Suite 400
San Antonio, Texas 78209

Attorneys for Plaintiffs JBRF, LLC, LoneStar Handgun, LLC, and Joshua Felker

  */s/ Dean J. Siotos*
Bradford W. Irelan
State Bar No.10411550
440 Louisiana St., Suite 1800
Houston, TX. 77002
birelan@imtexaslaw.com

Dean J. Siotos
State Bar No. 24055221
10440 N. Central Expressway, Suite 800
Dallas, TX. 75231
dsiotos@imtexaslaw.com

Attorneys for Defendant Old Republic National Title Insurance Company

Respectfully submitted,

*/s/ Ruth G. Malinas*
Ruth G. Malinas
State Bar No. 08399350
MIMARI ANDERSON CILFONE & WATKINS, PLLC
1100 N.E. Loop 410, Suite 400
San Antonio, Texas 78209
Telephone: (210) 734–7092
Facsimile:  (210) 733–0379
rmalinas@macwlaw.com

Attorneys for Plaintiffs JBRF, LLC, LoneStar Handgun, LLC, and Joshua Felker

# CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing *Stipulation of Dismissal* has been forwarded on June 30, 2023 to the following attorneys of record via the Court's electronic filing system:

Bradford W. Irelan
State Bar No.10411550
440 Louisiana St., Suite 1800
Houston, TX. 77002
birelan@imtexaslaw.com

Dean J. Siotos
State Bar No. 24055221
10440 N. Central Expressway, Suite 800
Dallas, TX. 75231
dsiotos@imtexaslaw.com

Attorneys for Defendant Old Republic National Title Insurance Company

*/s/ Ruth G. Malinas*
Ruth G. Malinas